**Frank Edmond MILANO,**
**Petitioner–Appellant,**

v.

**Rick JACKSON, Superintendent,**
**Brown Creek Correctional Insti-**
**tution, Respondent–Appellee.**

No. 01–6238.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Frank Edmond Milano, pro se. Diane Appleton Reeves, North Carolina Department of Justice, Raleigh, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Frank Edmond Milano seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Milano v. Jackson,* No. CA–99–327–3–MU (W.D.N.C. filed Jan. 4, 2001, entered Jan. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*